UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT MACHLAN,

Plaintiff

v.

KENNETH WILLIAMS,

Defendant

Case No. 3:26-cv-00485-ART-CSD

ORDER

Plaintiff Robert Machlan, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff until July 29, 2026, to submit a complaint to this Court.

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court **on or before July 30, 2026**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: June 30, 2026.

_____
UNITED STATES MAGISTRATE JUDGE