UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT MACHLAN,

Plaintiff,

v.

KENNETH L. WILLIAMS,

Defendant.

Case No. 3:26-cv-00485-ART-CSD

ORDER ADMINISTRATIVELY CLOSING CASE

The Court administratively closes this case because it was opened in error. According to *pro se* Plaintiff Robert Machlan, who is incarcerated in the custody of the Nevada Department of Corrections, the application to proceed *in forma pauperis* filed in this case was supposed to be filed in *Machlan v. Williams*, 3:26-cv-00473-ART-CSD ("*Machlan I*"). *See Machlan I*, ECF No. 6. The Court corrected that error in *Machlan I* and noted that the Court would enter a separate order to close this case. *See Machlan I*, ECF No. 7.

It is therefore ordered that the Clerk's Office will administratively close this case because it was opened in error.

DATED: August 12, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE